TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
EDNIN MARTINEZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
ednin.martinez@usdoj.gov

*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Janae Huteson and Alyssa Vernon,<br><br>                    Plaintiffs,<br><br>          v.<br><br>United States Postal Service, *et al.*<br><br>                    Defendants. | Case No. 2:25-cv-02590-GMN-MDC<br><br>**Federal Defendants' UNOPPOSED Motion for Extension of Time to File a Response to Plaintiffs' Complaint (ECF No. 1)**<br><br>**SECOND REQUEST** |

Federal Defendants, by and through undersigned counsel, move this Court for a 30-day extension of time from July 6, 2026, up to and including **August 5, 2026**, in which to file a response to Plaintiffs' Complaint (ECF No. 1). Federal Defendants are still in the process of assessing Plaintiff's Complaint, reviewing all available information and identifying whether additional information is needed, and preparing a response. The parties conferred, and Plaintiffs' counsel agrees to a 30-day extension from July 6, 2026. This is Federal Defendants' second request for an extension of time to respond to Plaintiffs' Complaint. This request is made in good faith and not for the purpose of any undue delay.

### Memorandum of Points and Authorities

On December 23, 2025, Plaintiffs filed their complaint. ECF No. 1. On February 17, 2026, Plaintiffs served Federal Defendants with summons and Complaint. ECF No. 7. Federal Defendants' current deadline to respond to the complaint is July 6, 2026. ECF No. 10.

Under Federal Rule of Civil Procedure 6(b), a court may, "for good cause," extend a deadline if a request is made "before the original time or its extension requires." Fed. R. Civ. P. 6(b)(1)(A); *see also* Local Rule IA 6-1(a). The Ninth Circuit has equated good cause with the exercise of due diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Additionally, Fed. R. Civ. P. 6(b)(1) should "be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits," and "requests for extensions of time made before the applicable deadline has passed should normally be granted in the absence of bad faith or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (internal citations omitted). Courts also have inherent authority to manage their own dockets. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Oliva v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992).

Undersigned counsel is acting diligently in coordinating with USPS regarding the claims and allegations in Plaintiffs' complaint. However, Federal Defendants are still in the process of assessing Plaintiffs' Complaint, reviewing all available information and identifying whether additional information is needed, and preparing a response. Without such additional time, a proper response to the complaint cannot be filed. For these reasons, Federal Respondents respectfully request, and Plaintiffs do not oppose, an additional 30-day extension from July 6, 2024, to **August 5, 2026**, to prepare a response to Plaintiffs' Complaint.

/ / /

If this unopposed motion for an extension of time is granted, the new deadline to respond to Plaintiffs' Complaint will be **August 5, 2026**. Given Federal Defendants' diligence, and Plaintiffs' lack of opposition, good cause exists for the additional 30-day extension. Federal Defendants, therefore, request that the Court grant this motion.

Respectfully submitted this 6th day of July 2026.

SIGAL CHATTAH
First Assistant United States Attorney

 /s/ Ednin Martinez
EDNIN MARTINEZ
Assistant United States Attorney

**IT IS SO ORDERED:**

Hon. Maximiliano D. Couvillier, III
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** July 7, 2026

3